UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TARA KELSHEIMER,<br><br>                Plaintiff,<br>    v.<br><br>PATHFINDER VANCOUVER HOLDINGS, LLC,<br><br>                Defendant. | CASE NO. 3:25-cv-05515-TMC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff Tara Kelsheimer filed an Application to Proceed *In Forma Pauperis* ("IFP") in the above-entitled action. Dkts. 1, 2. After careful consideration of the Application, the governing law, and the balance of the record, the Court **ORDERS** as follows:

    (1)    Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkts. 1, 2) is **GRANTED**.

    (2)    The Clerk of Court is directed to send a copy of this Order to Plaintiff and to the Honorable Tiffany M. Cartwright.

Dated this 13th day of June, 2025.

Grady J. Leupold
United States Magistrate Judge